# UNITED STATES DISTRICT COURT

for the

WESTERN District of WASHINGTON

TACOMA Division

|  |  |  |
|---|---|---|
| Sajjad Nasir | ) | Case No.    2:26-cv-01853-LK |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) | Jury Trial: *(check one)*   ☒ Yes   ☐ No |
| -v- | ) ) | |
| 1. China Unicom   2. Equinix Inc   3. National Australian Bank   4Australian Superannuation Fund 5. GIO Insurance   6. Dr Asish Diwan   7. Synergy Radiology | ) ) ) ) ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint**

    A.     **The Plaintiff(s)**

       Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sajjad Nasir |
| Street Address | U29 30-44 Railway Terrace |
| City and County | Granville |
| State and Zip Code | 2142 |
| Telephone Number | +61404261955 |
| E-mail Address | sajjadqut01@outlook.com |

    B.     **The Defendant(s)**

       Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | China unicom |
| Job or Title *(if known)* | NON-SDN CHINESE MILITARY-INDUSTRIAL COMPLEX |
| Street Address | Federal Register / Vol. 86, No. 107 / Monday, June 7, 2021 / |
| City and County | GA, 30096 |
| State and Zip Code | 2651 Satellite Blvd |
| Telephone Number | +1 (404) 315-6898 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Equinix Inc |
| Job or Title *(if known)* | Digital Infrastructure Corporation |
| Street Address | One Lagoon Drive |
| City and County | Redwood City, San Mateo County |
| State and Zip Code | CA, 94065 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | National Australia Bank (NAB) |
| Job or Title *(if known)* | Financial Banking Institution |
| Street Address | 2 Charles St |
| City and County | Parramatta, New South Wales |
| State and Zip Code | Australia, 2150 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | AustralianSuper Pty Ltd |
| Job or Title *(if known)* | Superannuation Trust and Financial Entity |
| Street Address | Level 33, 50 Lonsdale St |
| City and County | Melbourne, Victoria |
| State and Zip Code | Australia, 3000 |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code § 1595 - Civil remedy
18 U.S. Code § 1590 - Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor
18 U.S. Code § 1592 - Unlawful conduct with respect to documents in furtherance of trafficking, peonage, slavery, involuntary servitude, or forced labor
18 U.S. Code § 1581 - Peonage; obstructing enforcement
18 U.S. Code § 1583 - Enticement into slavery
18 U.S. Code § 1593A - Benefitting financially from peonage, slavery, and trafficking in persons

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of
the State of *(name)* _____ . Or is a citizen of
*(foreign nation)* _____ .

    b. If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under
the laws of the State of *(name)* _____ , and has its
principal place of business in the State of *(name)* _____ .
Or is incorporated under the laws of *(foreign nation)* _____ ,
and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The amount in controversy exceeds $75,000, exclusive of interest and costs, because, as per the evidence, the corporate, banking, and medical defendants engaged in a coordinated transnational trafficking and forced labor scheme that resulted in severe, permanent physical spinal injuries, the complete financial interception and conversion of my Total and Permanent Disability (TPD) insurance assets, and ongoing pecuniary and economic harm.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Between September *30, 2024, and March 17, 2025*, Defendants Equinix Inc., National Australia Bank (NAB), and Australian Super, acting in coordination to evade or avoid United States national security sanctions and facilitate illicit securities investments that finance certain blacklisted entities of the People's Republic of China—specifically Defendant China Unicom—trafficked the Plaintiff through a deceptive recruitment scheme initiated at Defendant Equinix Inc.'s physical Australian commercial facility located at **639 Gardeners Road, Sydney**, Australia  transporting the Plaintiff across international borders to Singapore for the express purpose of forced labor, in direct violation of **18 U.S. Code § 1590**.

2. Between September *30, 2024, and March 17, 2025*, Defendants Equinix Inc., National Australia Bank (NAB), and Australian Super, to validate Defendant China Unicom's conspiracy of establishing illicit front-office operations to avoid or evade U.S. sanctions, directly violated **18 U.S. Code § 1592**. The Defendants knowingly manufactured false corporate organizational identities, plaintiff personnel identities and synthetic compliance profiles to conceal the true operational footprint, data routing networks, and identity of Defendant China Unicom at **2 Tai Seng Avenue, (TSX Securities Exchange) Singapore**, for the explicit furtherance of trafficking, peonage, slavery, involuntary servitude, and forced labor.

3. Between January *23, 2025, and June 30, 2025*, Defendants National Australia Bank (NAB) and Australian Super, in order to execute prohibited securities investments financing designated Chinese state-owned enterprises (specifically Defendant China Unicom), violated **18 U.S. Code § 1583** via enticement into involuntary servitude, and violated **18 U.S. Code § 1592** by exploiting the Plaintiff's personal banking records. Operating through National Australia Bank **Branch Code 084-435**, Defendants fabricated back-dated financial transactions and unlawfully transferred off-grid cash to avoid the U.S. SWIFT tracking system. Concurrently, Defendant China Unicom held the Plaintiff in a state of physical captivity, transporting the Plaintiff on a covered van floor to and from its operational facilities to perform forced manual labor involving heavy IT hardware, directly causing the Plaintiff to suffer severe, permanent acute physical spinal trauma.

4. Between March 20, 2025, and June 6, 2025, the Defendants GIO, Dr. Ashish Diwan, and Synergy Radiology, in order to further the exploitation and exploitation scheme of defendants China Unicom, fabricated a workers' insurance certificate # 252790301 for the front offices of China Unicom, obstructed access to treatment, falsified medical records to mislead the diagnosis and undermine the plaintiff injury, repeatedly delayed and subsequently cancelled appointments in order to delay and obstruct treatment, while aiding the defendant China Unicom from liabilities to benefit from its scheme violating **18 U.S. Code § 1593A**.

5. The Plaintiff pleads to the court, having *exhausted the remedial procedures* at the highest level with both jurisdictions in Singapore and Australia, that its intervention is necessary for not only protection of the fundamental freedom, labor and human rights but also the U.S. national interest and threats to the free market.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A. Compensatory and Actual Damages

1.      Financial and Economic Restitution: Compensatory damages, according to proof at trial, for all withheld salary, unpaid multi-jurisdictional allowances, un-reimbursed transport and operational expenses, and the structural conversion and interception of Plaintiff's Total and Permanent Disability (TPD) insurance assets and workers' compensation entitlements.

2.      Physical and Pecuniary Harm: Full compensatory and pecuniary restitution, as determined by the court, for severe physical trauma, acute workplace spinal injuries sustained during the forced labor cycle, the intentional withholding of diagnostic medical care, and the profound economic captivity manufactured by the enterprise's debt-bondage tracking system.

B. Punitive and Exemplary Damages

1.      Statutory Punitive Award: Punitive and exemplary damages against all corporate, financial, and individual defendants in an amount to be determined by the court.

2.      Basis for the Award: The Defendants acted with systematic malice, extreme fraud, and deliberate indifference to human life. They intentionally weaponized cross-border recruitment channels, international banking networks, and falsified medical records to traffic a victim for forced labor and conceal severe physical injuries—all while generating direct financial benefit and facilitating the evasion of United States national security sanctions.

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            05/27/2026

Signature of Plaintiff

Printed Name of Plaintiff      Sajjad Nasir

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

**I.**      **The Parties to This Complaint**

**B.**      **The Defendant(s)** Defendant No. 5

| | |
|---|---|
| Name | GIO Insurance |
| Job or Title *(if known)* | Superannuation Trust and Financial Entity |
| Street Address | Level 33, 50 Lonsdale St |
| City and County | Melbourne, Victoria |
| State and Zip Code | Australia, 3000 |
| Telephone Number | |
| E-mail Address *(if known)* | wc.complaints@suncorp.com.au |

Defendant No. 6

| | |
|---|---|
| Name | Dr Asish Diwan |
| Job or Title *(if known)* | Suite 16, Level 5 |
| Street Address | St George Private Hospital |
| City and County | 1 South St, Kogarah NSW 2217 |
| State and Zip Code | Australia 2217 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 7

| | |
|---|---|
| Name | Synergy Radiology |
| Job or Title *(if known)* | 66-70 Auburn Road |
| Street Address | Auburn, NSW |
| City and County | Australia |
| State and Zip Code | Australia 2217 |
| Telephone Number | |
| E-mail Address *(if known)* | |