# MOTION TO TRANSFER CASE

---

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**Sajjad Nasir**,
 Plaintiff,

Case No. **2:26-cv-01853-LK**

v.
 **China Unicom et al.,**
 Defendants.

---

**PLAINTIFF'S MOTION TO TRANSFER CASE**

IN THE INTEREST OF JUSTICE**
 *(28 U.S.C. § 1404(a))*

---

## I. INTRODUCTION

Plaintiff respectfully moves this Court to transfer this action to the **United States District Court for the Southern District of New York (SDNY)** pursuant to 28 U.S.C. § 1404(a), **in the interest of justice**, due to multiple procedural irregularities that have prevented this case from properly activating within the CM/ECF system of the Western District of Washington.

---

## II. REASON 1 — FAILURE TO ISSUE ELECTRONIC SUMMONS AFTER FEE PAYMENT

Despite full fee payment and electronic filing of the Complaint, **no summons have been issued**, contrary to the requirements of Fed. R. Civ. P. 4(b).
 In all properly opened civil cases in this District, summons are issued automatically

upon filing and fee payment.

Here, multiple praecipes were filed, yet **no summons were generated**, indicating that the case did not fully enter the standard civil case workflow.

---

## III. REASON 2 — MISSING JUDGE-ASSIGNMENT ENTRY AND STANDING ORDERS

The docket does not contain the standard "Judge Added" entry that appears in all properly opened civil cases.

Additionally, **Judge King's Standing Orders were never issued**, which normally occur automatically upon case initialization.

This strongly suggests that the case was not routed to chambers and did not complete the standard CM/ECF initialization sequence.

---

## IV. REASON 3 — PROCEDURAL IRREGULARITIES IN INTAKE AND LODGMENT

Several irregularities occurred during intake, including:

- duplicate complaint entries
- an incorrect IFP deficiency
- failure to convert the case properly after fee payment
- filings not triggering standard judicial actions

These issues collectively demonstrate that the case has not progressed in accordance with the Federal Rules or Local Rules, and appears to be stuck in an incomplete intake state.

---

## V. REQUEST FOR TRANSFER

For the reasons stated above, Plaintiff respectfully requests that this matter be transferred to the **Southern District of New York** pursuant to 28 U.S.C. § 1404(a), **in the interest of justice**, to ensure proper case processing and judicial review.

---

## VI. CONCLUSION

Plaintiff respectfully asks the Court to:

1. **Grant this Motion to Transfer Case**, and
2. **Order transfer of this action to the Southern District of New York.**

---

Respectfully submitted,

_____

**Sajjad Nasir**
Plaintiff, Pro Se
Date: 06/16/2026

---