WAWD – Certificate of Services (Revised 3/2021)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Sajjad Nasir

                    Plaintiff(s),

        v.                                    CASE NO. 2:26-cv-01853-LK

China Unicom et al                    CERTIFICATE OF SERVICE

                    Defendant(s).

        I hereby certify that on 06/16/2026              , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sajjad Nasir (Plaintiff)

And I hereby certify that I have mailed by ▮▮▮▮▮▮ Postal Service the document to the following non CM/ECF participants:

Dr. Ashish Diwan (Defendant)

Synergy Radiology  Defendant)

Dated: 06/24/2026

s/ Sajjad Nasir
_____
(Sign or use a "s/" and your name

Pro Se

Name, Address and Phone Number of Counsel or Pro Se

CERTIFICATE OF SERVICE - 1