## Parcel Post — MyPost Business

To:
Dr. Ashish Diwan
Spine Services
Suite 16, Level St George Private
Hospital 1 South Street
KOGARAH NSW 2217

Poctage Post



| Packaging | Physical weight: | Delivery features |
|---|---|---|
| OWN | 250g | |
| | Cubic weight | |
| | N/A | |

Ph: (02) 8566-7166

Ref: Service of Process (Summons 2:26cv01853LK)

AP Article Id: 99721 40097 21401 00083 0908



Sender:                     63510948

Sajjad Nasir
U 29 30-44 Railway Tce
GRANVILLE NSW 2142

**Aviation Security and Dangerous Goods Declaration**

The sender acknowledges that this articie may be
carried by air and wilhbe subject to aviation security
and clearing procedures, and the sander declares that
the article does trot contain any angroerouires of
pronibited gocis, explesive or incendiary devices. A
faise declaration is a criminal offence.



0624

## AUSTRALIA POST

### Proof Of Delivery Browser

Article meformation:

Article ID / Barcode Number: RPP4463900051004457794602

Scan Event Description: Delivered with signature from S HO

Datecll Peetiad Fronu:: Registeure Post

Merchart's Name:

Special Delivery Instruction:

Deliversen Reference:

Name:

Address Line 1:

Address Lino 2:

Address Lino 3:

Address Line 4:

Sender's Reference:

Signed for 3S HOSPITAL

Nature of Authority: Addressee:

Signature:

