**Parcel Post**    MyPost Business

Postage Paid

To:

<span style="background-color:yellow">**Synergy Radiology**</span>

Auburn Medical Imaging
Shop 1, 66/70 Auburn Rd,
AUBURN NSW 2144

| Packaging | Physical weight | Delivery features. |
|---|---|---|
| OWN | **250g** Cubic weight **N/A** | |

Ph: (02) 9207 4300

<span style="background-color:yellow">Ref: Service of Process (Summons 2:26cv01853LK)</span>

Sender:       6:3510948

Nasir Sajjad
Sajjad Nasir
U 29 30-44 Railway Tce
GRANVILLE NSW 2142

**Aviation Security and Dangerous Goods Declaration**

The sender acknowledges that this article may be carried by air and will be subject to aviation security and clearing procedures; and the sender declares that the article does not contain any dangerous or prohibited goods, explosive or incendiary devices. A false declaration is a criminal offence.



AP Article Id: 90321400842901004452501



0624

 **AUSTRALIA POST**

### Proof Of Delivery Browser

Article ID / Barcode Number: RPP44639000051004457792608    Consignment Number:

Scan Event Description: Delivered with signature from S ST

Product Description: Registered Post    Date/Time of Scan Event: 24.06.2026

Mam Ingn 13ⁱ 13:0.20

Special Delivery Instruction:

**Addressee Information:**

Synergy Radiology,       Consignment Number:

Auburn Medical Imaging       City:

Shop 1, 66/70 Auburn Rd,       State:

AUBURN NSW 2144       Auburn NSW 2144

**Delivery Information:**

Signed For By: S STORAI       Cocumant:

Nature of Authority: Occupant

Signature: