## Parcel Post    MyPost Business



To:

**AAI Limited trading as GIO**
The Proper Officer
Court Process Desk Level 23 80 Ann
Street
BRISBANE QLD 4000

Postage Paid

| Packageg. | Physical weight | Delivery features |
|---|---|---|
| OWN | 250g<br>Cubic weight<br>N/A | |

Ph: 1300 264 053

Rer. Servicce of Process (Summons 2:26-cv-01853-LK)

Sender:                                         63510948
Nasir Sajjad
Sajad Nasir
U 29 30-44 Railway Tce
GRANVILLE NSW 2142

**Aviation Security and Dangerous Goods Declaronatsdhg**



### Proof of Delivery

| Deliveng Information | Receiver Address  4000, Australia |
|---|---|

Delivery information

Consigned    Browered

| 1 | 1 |
|---|---|

Delivery Date:: 25/6/2026, 4:53 am

Delivery dervice: B4 size prepaid envelope

Article Information

| Article ID | Grtticle re |
|---|---|
| RPP4463900051004557898601 | Birpatiany Piame: H LEONG STAR TRACK |