# ⟐ Parcel Post

 MyPost ᐊBusiness

**To:**
**Australian Superannuation Fund Ltd**
Att: The Proper Officer
Att : The Proper Officer, Court Process
Service Desk, Gpo Box 1901,
MELBOURNE VIC 3001

Restape Post

| Packaging | Physical weight | Delivery features |
|---|---|---|
| OWN | 250g<br>Cubic weight<br>N/A | |

Ph: 1300 300 273

Ref: Service of Process (Summons-2:26-cv-01853-LK)

**Sender:**                                              63510948
Nasir Sajjad
Sajjad Nasir
U 29 30-44 Railway Tce
GRANVILLE NSW 2142

**Aviation Security and Dangerous Goods Declaration**

The sender acknowledges the article mat this may be
carried by air and the subject to aviation security anyu
and people carries aviation security. Ta he cinnder declares that
hoa prohibited goods, explosse or incendary devices
proilted goods, explosive or incendam any devices. A
hase decluration n nra ornimal article.



AP Article Id: 99721415622101 020B30906

0625

---

## Proof of Delivery

|  |  |
|---|---|
|  | Receiver Address: 3001, Australia |

### Delivery Information

| Consigned | Delivered |  |
|---|---|---|
| 1 | 1 | Delivery Date: 25/6/2026, 8:18 am<br>Delivery Service: B4 size prepaid envelope |

### Article Information

| Article ID | Signature |
|---|---|
| RPP4463900051004457795609 | Signature Name: S ZEKIR |