WAWD – Certificate of Services (Revised 3/2021)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Sajjad Nasir

Plaintiff(s),

v.

China Unicom et al

Defendant(s).

CASE NO. 2:26-cv-01853-LK

CERTIFICATE OF SERVICE

I hereby certify that on 06/16/2026 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sajjad Nasir ( Plaintiff )

And I hereby certify that I have mailed by ▮▮▮▮▮▮▮ Postal Service the document to the following non CM/ECF participants:

Dr Ashish Diwan ( Defendant )

Dated: 06/25/2026

s/ Sajjad Nasir
_____
(Sign or use a "s/" and your name

Pro Se

Name, Address and Phone Number of Counsel or Pro Se

CERTIFICATE OF SERVICE - 1