

## Parcel Post — MyPost Business

To:
Dr. Ashish Diwan
Spine Services
Suite 16, Level St George Private
Hospital 1 South Street
KOGARAH NSW 2217

Pootage Post

| Packaging | Physical weight. | Delivery features |
|---|---|---|
| OWN | 250g | |
| | Cubic weight | |
| | N/A | |

Ph: (02) 8566-7166

Ref: Service of Process (Summons 2:26cv01853LK)

Sender:                    63510948

Sajjad Nasir
U 29 30-44 Railway Tce
GRANVILLE NSW 2142

**Aviation Security and Dangerous Goods Declaration**

The sender acknowledges that this article may be carried by air and wilhbe subject to aviation security and ciearing procedures, and the sander declares that the article does not contain any angraerouires of pronibited goods, explesive or incandiary devices. A false declaration is a criminal offence.

AP Article Id: 99721 40092 E0401 0008 30908

0824

## AUSTRALIA POST

**Proof Of Delivery Browser**
Article melormation:

Article ID / Barcode Number: RPP4463900051004457794602

Scan Event Description: Delivered with signature from S HO

Datecl/Peeriod Fronu:: Registeure Post

Merchart's Name:

**Special Delivery Instruction:**

Deliversen Reference:

Name:
Address Line 1:
Address Liino 2:
Address Lino 3:
Address Line 4:

Sender's Refereance:

Signed for SS HOSPITAL

Nature of Authority: Addressee:

Signature:

