# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

**NASIR SAJJAD,** *Plaintiff,* v.

**CHINA UNICOM, AUSTRALIAN ATTORNEY-GENERAL'S OFFICE, et al.,** *Defendants.*

 **Case No.:**2:26-cv-01853-LK

# PLAINTIFF'S NOTICE OF WITHDRAWAL OF PENDING MOTION TO TRANSFER VENUE

The Plaintiff, Nasir Sajjad, acting *pro se*, hereby submits this formal Notice to the Court and the public record to **formally withdraw** his pending Motion to Transfer Venue, effective immediately.

The Plaintiff provides the following grounds for this strategic withdrawal:

1. **Establishment of New Forum:** The Plaintiff has successfully initiated and opened the active, substantive litigation directly in the **United States District Court for the Southern District of New York (SDNY)**. Because the litigation is now live in a competent forum, the pending motion to transfer within this current court is entirely moot.
2. **Intentional Administrative Obstruction From the Clerk office:** The Plaintiff withdraws the motion due to the systemic administrative delays and unprecedented procedural barriers encountered in the Western District of Washington, including the court's refusal to issue standard summonses to advance the case.
3. **Compromised Forum & Undue Influence from Defendant China unicom & Australian Attorney General Office :** The Plaintiff notes for the record that the severe deadlock in this forum has created a distinct appearance of compromise and undue influence favoring the powerful interests of the named Defendants, specifically **China Unicom** and the **Australian Attorney-General's Office**.

Rather than continuing to expend resources in a deadlocked and compromised forum, the Plaintiff has exercised his right to seek a clean, transparent slate. The Plaintiff leaves this forum behind to pursue full, unobstructed accountability against the defendants in the Southern District of New York.

Dated: June 26, 2026

Respectfully submitted,

**Nasir Sajjad** *Plaintiff, Pro Se* ---