AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:26-cv-01853-LK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Reason for Non-Service: Service of process was obstructed because the Clerk's Office, under the improper influence of the Defendants, refused to issue complete summonses or execute the mandatory Hague Service Convention authorizations. Because a pro se litigant is not a legally authorized requesting authority under the Hague Convention, the Central Authority of Hong Kong SA

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

06/26/2026
_____
Date

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

The Defendants, China Unicom and the Australian Attorney-General's Office, improperly influenced the Clerk's Office to obstruct the issuance of standard summonses. Furthermore, they intentionally frustrated service of process upon Defendant China Unicom by issuing incomplete summonses under the Hague Convention framework. Under the Federal Rules of Civil Procedure, a pro se litigant is not an authorized requesting authority to execute service under the Hague Service Convention. Because the Central Authority of the Hong Kong SAR requires a formal request from a competent judicial authority, the Clerk's administrative obstruction completely blocked the Plaintiff's ability to effect international service