

← TRACKING

# Nab ✐

## Tracking

Overview | Journey

○ **We've got it**

Received by Australia Post
MERRYLANDS NSW · Fri 19 Jun, 5.16pm

**It's on its way**

Item processed at facility
STRATHFIELD NSW · Mon 22 Jun, 9.19pm

In transit
SYDNEY NSW · Tue 23 Jun, 2.52am

Item processed at facility
DANDENONG SOUTH VIC · Tue 23 Jun, 6.39pm

**It's coming today**

Onboard for delivery
CARLTON VIC · Wed 24 Jun, 9.56am

**It's on its way**

Redirected to new address
CARLTON VIC · Wed 24 Jun, 9.56am

**Awaiting collection**

Awaiting collection at MELBOURNE GPO BOXES
MELBOURNE VIC · Fri 26 Jun, 6.16am

✓ **Delivered**

Delivered
MELBOURNE VIC · Fri 26 Jun, 7.02am

No

He