Civil Action No.     **2:26-cv-01853-LK**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Equinix, Inc.**
was received by me on  **6/17/2026:**

☐   I personally served the **SUMMONS IN A CIVIL ACTION; COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 78.00** for services, for a total of **$ 78.00**.

I declare under penalty of perjury that this information is true.

Date:  06/22/2026

_____
*Server's signature*

**Sierra Fredianelli**
*Printed name and title*

**Physical address in Notes**
**Belmont, CA 94002**

_____
*Server's address*

Additional information regarding attempted service, etc:

**6/19/2026 1:46 PM: I was unable to access the address due to secured building.  Closed for the holiday.**
**6/20/2026 2:42 PM: I was unable to access the address due to secured building.  Closed for the weekend.**
**6/22/2026 5:05 PM: I spoke with an individual who identified themselves as the lobby attendant.  White, female, red hair, 5'9", 175, 50, brown eyes claims that she and or anyone on the premises is not authorized to accept at this location.  Claims there is no forwarding information as to were legal papers are accepted by the company.**



