UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Sajjad  Nasir

Plaintiff(s)

vs.

Chaina Unicom at el

Defendent(s)

)
)
)
)
)
)
)
)
)

CASE NO. 2:26-cv-01853-LK

APPLICATION FOR COURT-APPOINTED COUNSEL

Noted for Determination on:

06/17/2026

**MOTION**

Plaintiff respectfully requests that the Court appoint counsel to represent him/her.  This action seeks relief under federal statutes protecting civil rights.  This is **not**, however, an employment discrimination action brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq.

**FINANCIAL AFFIDAVIT**

Has this Court previously granted you leave to proceed in forma pauperis? **NO.**  If such was granted in a different case in this Court, please supply the case number. _____.The Clerk Office under the influence from Defendant China Unicom and Australian Attorney General Office (representing the private defendants (National Australia Bank , GIO Insurance ,Dr Ashish Diwan , Synergy Radiology ) influenced and sabotage the application.

Application for Court-Appointed Counsel                                                                    1

## PREVIOUS EFFORTS TO RETAIN AN ATTORNEY

Describe briefly the efforts you have already made to retain an attorney. Indicate as accurately as possible how many attorneys you have contacted, and over what period of time. You need not identify the specific attorneys, and should not indicate the reasons they declined to represent you.

*The plaintif was in the process and contacted various attorneys , however meanwhile the defendant China Unicom and Australian Attorney General Office (representing private defendant National Austrlia Bank , GIO Insurance , DR Ashish Diwan , Synergy Radiology influenced the Clerk office and fabricated an order dismissing the plaintiff application for appointment of council.*

## MERITS OF CLAIM

Has the Equal Employment Opportunity Commission, the Washington State Human Rights Commission, or other state or federal agency officially determined whether there is reasonable cause to believe that the allegations of your complaint are true?N/A  If so, please identify the agency which made the finding, and the conclusion the agency reached.

*The cause is Cause: 18:1595 Civil Remedies: Sex trafficking of children or TVPRA*

If there has been no such finding in your favor by a government agency, you may attach a brief statement showing why your claim has merit. Do not include exhibits or other evidence. Your statement is incorporated in this application and is subscribed under oath.

## AFFIDAVIT OF SERVICE

The following is a list of all other parties, and their respective attorneys, who have appeared or answered in this action. Details attached as Exhibits

PARTY                                                    ATTORNEY

_____        _____

_____        _____

_____        _____

Application for Court-Appointed Counsel                                    2

I have directed a copy of this entire Application, by mail or by personal service, to the attorney for each such party.

I, Sajjad Nasir  plaintiff in this action, swear that I have read this entire Application, including any attachments, and the Complaint.  In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information is true and correct.

Executed on this   26 day of  June  2026

_____
Signature of Plaintiff

Plaintiff's Name, Address and Telephone:

Sajjad Nasir

U29 30-44 Railway Terrace , Granville 2142 , NSW ,

Australia

Application for Court-Appointed Counsel                                                                    3

Revised 11/03