## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Western District of Washington

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:26-cv-01853-LK

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 05/29/2026

Date of judgment or order you are appealing: 06/26/2026

Docket entry number of judgment or order you are appealing: 19

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes    ○ No    ⦿ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Sajjad Nasir

Is this a cross-appeal?  ○ Yes    ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes    ○ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

U 29 30/40 Railway Terrace

City: Granville    State: NSW    Zip Code: 2142

Prisoner Inmate or A Number (if applicable):

**Signature** Sajjad Nasir    **Date** 06/26/2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1**                                                              *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Sajjad Nasir

Name(s) of counsel (if any):

> Pro see

Address: U 29 30/44  Railway Terrace

Telephone number(s): +61404261955

Email(s): sajjadqut01@outlook.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> China Unicom

Name(s) of counsel (if any):

> Service could not be effected on the Defendant because the Clerk's Office persistently obstructed the issuance of the summons and the required authorization for service under the Hague Convention

Address: 75th Floor, The Center,99 Queen's Road Central,Hong Kong

Telephone number(s): (852) 2126 2018

Email(s): ir@chinaunicom.com.hk

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

AustralianSuper Pty Ltd, Asish Diwan, GIO Insurance, National Australia Bank, Synergy Radiology

Name(s) of counsel (if any):

Attorney-General′s Department

Address: 3-5 National CircuitBARTON ACT 2600AUSTRALIA

Telephone number(s):

Email(s): pil@ag.gov.au

Name(s) of party/parties:

Equinix Inc.

Name(s) of counsel (if any):

Address: One Lagoon Drive Redwood City, California  94065

Telephone number(s): (650) 598-6000

Email(s): NAlawenforcement@equinix.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*