# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form04instructions.pdf*

**9th Cir. Case Number(s)** 2:26-cv-01853-LK

**Case Name** Nasir v. China Unicom

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

**Signature** _____ **Date** 06/26/2026

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (*attach additional pages if necessary*)

The core issues involve systemic due process violations and procedural obstruction by the Clerk′s Office, acting to the benefit of Defendants China Unicom and the Australian Attorney-General′s Department. The non-frivolous errors on appeal are detailed below:

1.Obstruction of IFP Application: The Clerk′s Office intentionally created a procedural deadlock regarding the Plaintiff′s fee-waiver application, forcing the Plaintiff to pay the filing fee despite qualifying for indigent status.

2. Spoliation of Records and Failure to Issue Process: The Clerk′s Office tampered with the official filing history to alter dates and refused to process the Plaintiff′s formal request for international service under the Hague Convention.

3. Issuance of Defective Summonses: The Clerk′s Office persistently withheld process, eventually issuing intentionally incomplete and defective summonses only after the Plaintiff filed a Motion for Transfer of Venue.

4. Fraud on the Court and Fabricated Dismissal: On June 25, 2026, the Clerk′s Office, colluding with the Defendants, fabricated a dismissal order by importing records from an entirely unrelated case to summarily close the Plaintiff's action.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4** | *1* | *Rev. 12/01/2018*

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
| --- | --- | --- | --- | --- |
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-Employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and Dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child Support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment Payments | $ 0 | $ | $ 0 | $ |
| Public-Assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify) | $ 0 | $ | $ 0 | $ |
| **TOTAL MONTHLY INCOME:** | $ 0 | $ | $ 0 | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**    2    *Rev. 12/01/2018*

2. *List your employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|---|---|---|---|---|
| The front office of China Unicom | 639 gardners Road Sydney Austrlia | From 06/30/2024 | To 03/17/2025 | $ 0 |
|  |  | From | To | $ |
|  |  | From | To | $ |
|  |  | From | To | $ |

3. *List your spouse's employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | | Gross Monthly Pay |
|---|---|---|---|---|
|  |  | From | To | $ |
|  |  | From | To | $ |
|  |  | From | To | $ |
|  |  | From | To | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**                                    *3*                                    *Rev. 12/01/2018*

4. *How much cash do you and your spouse have?*    $ [ ]

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.*

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| The property was confiscated by the Attorney General Departmen | $ 15k | None | $ |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| N/A |  |  | $ |

| Motor Vehicle 2: Make & Year | Model | Registration # | Value |
|---|---|---|---|
|  |  |  | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

| Other Assets | Value |
|---|---|
|  | $ |
|  | $ |
|  | $ |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Austrlian Taxaion Office | $ 40K | $ |
|  | $ | $ |
|  | $ | $ |

7. *State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.*

| Name | Relationship | Age |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 4**                                        *5*                                        *Rev. 12/01/2018*

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 600 | $ |
| - Are real estate taxes included?  ⦿ Yes  ○ No<br>- Is property insurance included?  ⦿ Yes  ○ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 300 | $ |
| Home maintenance (repairs and upkeep) | $ 100 | $ |
| Food | $ 300 | $ |
| Clothing | $ 40 | $ |
| Laundry and dry-cleaning | $ 20 | $ |
| Medical and dental expenses | $ 100 | $ |
| Transportation (not including motor vehicle payments) | $ 50 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 25 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|   - Homeowner's or renter's | $ | $ |
|   - Life | $ 10 | $ |
|   - Health | $ 10 | $ |
|   - Motor Vehicle | $ 0 | $ |
|   - Other | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) | | |
|   Specify | $ | $ |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

|  | You | Spouse |
|---|---|---|
| Installment payments | | |
|   - Motor Vehicle | $ | $ |
|   - Credit Card (name) | $ | $ |
|   - Department Store (name) | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify) | $ | $ |
| **TOTAL MONTHLY EXPENSES** | $ 1500 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*   ○ Yes   ◉ No

   If Yes, describe on an attached sheet.

10. *Have you spent—or will you be spending—any money for expenses or attorney fees in connection with this lawsuit?*   ○ Yes   ◉ No

   If Yes, how much? $ _____

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

The Appellant cannot afford the appellate docket fees because their limited financial resources were completely depleted by unnecessary expenses forced upon them by the Clerk′s Office and the Defendants. Specifically, the Clerk′s Office fraudulently obstructed the Appellant's initial IFP application, forcing them to pay the district court filing fee. Furthermore, the Appellant incurred heavy out-of-pocket costs attempting foreign service using defective summonses issued by the Clerk, while additional compounding expenses were caused by the

12. *State the city and state of your legal residence.*

City  Sydney                    State  NSW

Your daytime phone number (ex., 415-355-8000)  +61404261955

Your age  42     Your years of schooling  12

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*