**Outlook**

## RE: Non-Attorney E-File Access Request, Western District of Washington - Tacoma Division

**From** WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>

**Date** Sat 30/05/2026 03:32

**To** Sajjad Nasir <sajjadqut01@outlook.com>

Dear Filer:

Your case has been received and assigned case number **2:26-cv-01853-LK**The presiding judge will be **Laura King**.  Please ensure that this entire number appears on all future filings and any correspondence submitted to the Court.

Your summons(es) will not be issued until such time as the Court grants your Application to Proceed In Forma Pauperis or the $405 filing fee has been paid in full.

**Please note:**  this email account is ONLY for submitting case initiating documents to the Court.  Any further filings or submissions must be in paper form and must be presented in person or by mail to the U.S. District Court, 1717 Pacific Ave., Rm. 3100, Tacoma, WA  98402.

If you would prefer to file documents electronically in your new case, you must first register for CM/ECF electronic filing privileges.  A registration form can be found here.  E-filing permissions will be activated once the Court grants your Application to Proceed In Forma Pauperis or the $405 filing fee has been paid in full.

If you have any further questions or require additional assistance, please feel free to contact the Clerk's Office at 253-882-3800.


Tacoma Deputy Clerk


**From:** Sajjad Nasir <sajjadqut01@outlook.com>
**Sent:** Thursday, May 28, 2026 7:37 AM
**To:** WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>



**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

JOSHUA C. LEWIS
CLERK OF COURT
700 STEWART ST
SUITE 2310
SEATTLE, WA 98101

May 29, 2026

Sajjad Nasir
U29 30–44 RAILWAY TERRANCE
GRANVILLE2142

Your civil action, **Nasir v. China Unicom et al**, was filed in the United States District Court – Western District of Washington on May 28, 2026.

The case has been assigned to District Court Judge Lauren King, case number **2:26-cv-01853-LK**. All documents filed with the Court must include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

**Incorrect IFP Submitted**
The incorrect Application for In Forma Pauperis (IFP) was submitted. Please complete the enclosed IFP form and return it to the Court. The correct IFP Application must be submitted by **6/29/2026**.

The deficiencies must be corrected by the listed deadline(s). Please return the requested documents to the address listed above. Failure to do so may affect the status of your case, including dismissal of the action by the Court.

cc: file