AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington ▼

| | |
|---|---|
| Sajjad Nasir<br><br>_Plaintiff(s)_<br><br>v.<br><br>1. China Unicom 2. Equinix Inc 3. National Australian Bank 4.  Australian Superannuation Fund 5. GIO Insurance 6. Dr Asish Diwan 7. Synergy Radiology<br><br>_Defendant(s)_ | Civil Action No. 2:26-cv-01853-LK |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  National Australian Bank

L15/395 Bourke Street,
Melbourne VIC 3000
Australia


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Parcel Locker 10142 53196
12 Memorial Avenue
MERRYLANDS NSW 2160
Australia


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


_CLERK OF COURT_

Date: ___6/16/2026___

_Alejandro Pasaye Hernandez_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington    ▾

| | |
|---|---|
| Sajjad Nasir <br><br><br> *Plaintiff(s)* <br><br> v. <br><br> 1. China Unicom 2. Equinix Inc 3. National Australian Bank 4.  Australian Superannuation Fund 5. GIO Insurance 6. Dr Asish Diwan 7. Synergy Radiology <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 2:26-cv-01853-LK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Equinix Inc

One Lagoon Drive ,
Redwood City, CA 94065
United States


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Parcel Locker 10142 53196
12 Memorial Avenue
MERRYLANDS NSW 2160
Australia


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:   6/16/2026

*Alejandro Pasaye Hernandez*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington ▾

| | |
|---|---|
| Sajjad Nasir <br><br> *Plaintiff(s)* <br><br> v. <br><br> 1. China Unicom 2. Equinix Inc 3. National Australian Bank 4. Australian Superannuation Fund 5. GIO Insurance 6. Dr Asish Diwan 7. Synergy Radiology <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:26-cv-01853-LK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Australia Superannuation Fund  Ltd

> GPO Box 1901
> Melbourne VIC 3001
> Australia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Parcel Locker 10142 53196
> 12 Memorial Avenue
> MERRYLANDS NSW 2160
> Australia

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  6/16/2026



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington  ▼

| | |
|---|---|
| Sajjad Nasir<br><br><br><br>*Plaintiff(s)*<br>v.<br>1. China Unicom 2. Equinix Inc 3. National Australian Bank 4.  Australian Superannuation Fund 5. GIO Insurance 6. Dr Asish Diwan 7. Synergy Radiology<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:26-cv-01853-LK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GIO Insurance

PO Box 14180,
Melbourne City Mail Centre
VIC 8001 Australia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Parcel Locker 10142 53196
12 Memorial Avenue
MERRYLANDS NSW 2160
Australia

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  6/16/2026

*Alejandro Pasaye Hernandez*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Washington ▾

| | |
|---|---|
| Sajjad Nasir | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| 1. China Unicom 2. Equinix Inc 3. National Australian Bank 4.  Australian Superannuation Fund 5. GIO Insurance 6. Dr Asish Diwan 7. Synergy Radiology | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:26-cv-01853-LK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Dr  Asish Diwan

Suite 16, Level 5
St George Private Hospital
1 South St, Kogarah NSW 2217
Australia


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Parcel Locker 10142 53196
12 Memorial Avenue
MERRYLANDS NSW 2160
Australia


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:  6/16/2026

*Alejandro Pasaye Hernandez*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington  ☐▾

|  |  |  |
|---|---|---|
| Sajjad Nasir | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:26-cv-01853-LK |
| 1. China Unicom 2. Equinix Inc 3. National Australian Bank 4.  Australian Superannuation Fund 5. GIO Insurance 6. Dr Asish Diwan 7. Synergy Radiology | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Synergy Radiology

Shop 1, 66/70
Auburn Rd, Auburn
NSW 2144 Australia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Parcel Locker 10142 53196
12 Memorial Avenue
MERRYLANDS NSW 2160
Australia

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___6/16/2026___    ___Alejandro Pasaye Hernandez___
*Signature of Clerk or Deputy Clerk*

WAWD – Certificate of Services (Revised 3/2021)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Sajjad Nasir

                                    Plaintiff(s),

        v.                                                CASE NO. 2:26-cv-01853-LK

China Unicom et al                          CERTIFICATE OF SERVICE

                                    Defendant(s).

    I hereby certify that on 06/16/2026 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sajjad Nasir (Plaintiff)

And I hereby certify that I have mailed by ▓▓▓▓▓ Postal Service the document to the following non CM/ECF participants:

Dr. Ashish Diwan (Defendant)

Synergy Radiology  Defendant)

Dated: 06/24/2026                    s/ Sajjad Nasir
                                    _____
                                    (Sign or use a "s/" and your name


                                    Pro Se



                                    Name, Address and Phone Number of Counsel or Pro Se

CERTIFICATE OF SERVICE - 1

## Parcel Post — MyPost Business

To:
Dr. Ashish Diwan
Spine Services
Suite 16, Level St George Private
Hospital 1 South Street
KOGARAH NSW 2217

Poctage Post



AP Article Id: 99721 40097 2401 0008 30908



| Packaging | Physical weight: | Delivery features |
|---|---|---|
| OWN | 250g | |
| | Cubic weight | |
| | N/A | |

Ph: (02) 8566-7166

Ref: Service of Process (Summons 2:26cv01853LK)

Sender:                                    63510948

Sajjad Nasir
U 29 30-44 Railway Tce
GRANVILLE NSW 2142

**Aviation Security and Dangerous Goods Declaration**

The sender acknowledges that this articie may be carried by air and wilhbe subject to aviation security and ciearing procedures, and the sander declares that the article does not contain any dangerous ites of pronibited gocis, explesive or incendiary devices. A faise declaration is a criminal offence.



0624

## AUSTRALIA POST

**Proof Of Delivery Browser**

Article information:

Article ID / Barcode Number: RPP4463900051004457794602

Scan Event Description: Delivered with signature from S HO

Datecl Period Fionu:: Registeure Post

Merchart's Name:

Special Delivery instruction:

Deliveren Reference:

Name:

Address Line 1:

Address Lino 2:

Address Lino 3:

Address Line 4:

Sender's Reference:

Signed for SS HOSPITAL

Nature of Authority: Addressee:

Signature:



 **Parcel Post** **MyPost Business**

To:
**Synergy Radiology**
Auburn Medical Imaging
Shop 1, 66/70 Auburn Rd,
AUBURN NSW 2144

Postage Paid



| Packaging | Physical weight | Delivery features. |
|---|---|---|
| OWN | 250g Cubic weight N/A | |

Ph: (02) 9207 4300

Ref: Service of Process (Summons 2:26cv01853LK)

Sender: 6:3510948
Nasir Sajjad
Sajjad Nasir
U 29 30-44 Railway Tce
GRANVILLE NSW 2142

**Aviation Security and Dangerous Goods Declaration**

The sender acknowledges that this article may be carried by air and will be subject to aviation security and clearing procedures; and the sender declares that the article does not contain any dangerous or prohibited goods, explosive or incendiary devices. A false declaration is a criminal offence.

AP Article Id: 9032140084290100455250I

0624



**AUSTRALIA** **POST**

### Proof Of Delivery Browser

Article ID / Barcode Number: RPP446390005100445792608    Consignment Number:

Scan Event Description: Delivered with signature from S ST

Product Description: Registered Post    Date/Time of Scan Event: 24.06.2026

Mam Ingn 13 - 13:0.20

Special Delivery Instruction:

**Addressee Information:**

Synergy Radiology,    Consignment Number:

Auburn Medical Imaging    City:

Shop 1, 66/70 Auburn Rd,    State:

AUBURN NSW 2144    Auburn NSW 2144

**Delivery Information:**

Signed For By:  S STORAI    Cocumant:

Nature of Authority: Occupant

Signature:



## ◑ **Parcel Post**   MyPost Business

To:

**AAI Limited trading as GIO**
The Proper Officer
Court Process Desk Level 23 80 Ann
Street
BRISBANE QLD 4000

Postage Paid



| Packageg. | Physical weight | Delivery features |
|---|---|---|
| OWN | 250g | |
| | Cubic weight | |
| | N/A | |

Ph: 1300 264 053

Rer. Servicce of Process (Summons 2:26-cv-01853-LK)

Sender:                                            63510948
Nasir Sajjad
Sajad Nasir
U 29 30-44 Railway Tce
GRANVILLE NSW 2142

**Aviation Security and Dangerous Goods Declaronatsdhg**




### **Proof of Delivery**

| Deliveng Information | Receiver Address   4000, Australia |
|---|---|

Delivery information

| Consigned | Browered | |
|---|---|---|
| 1 | 1 | Delivery Date:: 25/6/2026, 4:53 am |
| | | Delivery dervice.  B4 size prepaid envelope |

Article Information

| Article ID | Grtticle re |
|---|---|
| RPP4463900051004557888601 | Birpaḑany Plame: H LEONG STAR TRACK |

## ◗ **Parcel Post**

MyPost ˈ *Business*

To:

**Australian Superannuation Fund Ltd**
Att: The Proper Officer
Att : The Proper Officer, Court Process
Service Desk, Gpo Box 1901,
MELBOURNE VIC 3001

| Packaging | Physical weight | Delivery features |
|---|---|---|
| OWN | 250g<br>Cubic weight<br>N/A | |

Ph: 1300 300 273

Ref: Service of Process (Summons-2:26-cv-01853-LK)

Restape Post



AP Article Id: 99721415622101000830906

0625

| Sender: | 63510948 |
|---|---|
| Nasir Sajjad<br>Rajjad Nasir<br>U 29 30-44 Railway Tce<br>GRANVILLE NSW 2142 | |

**Aviation Security and Dangerous Goods Declaration**

The sender acknowledges the article mat this may be carried by air and the subject to aviation security anyu and oeopcⁿⁿⁿⁿⁿⁿⁿⁿⁿⁿⁿⁿⁿⁿⁿⁿⁿⁿ. Ta he cinnder declares that hoⁿ prohibited goods, explosse or incendary deviceᵢ proilted goods, explosive or inⁿⁿⁿoam atny devices. A hase decluration n nra ormimal article.

---

### Proof of Delivery

Receiver Address: 3001, Australia

### Delivery Information

| Consigned | Delivered | |
|---|---|---|
| 1 | 1 | Delivery Date: 25/6/2026, 8:18 am<br>Delivery Service: B4 size prepaid envelope |

### Article Information

| Article ID | Signature |
|---|---|
| RPP4463900051004457795609 | Signature Name: S ZEKIR |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **2:26-cv-01853-LK**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Equinix, Inc.**
was received by me on  **6/17/2026:**

☐   I personally served the **SUMMONS IN A CIVIL ACTION; COMPLAINT** on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 78.00** for services, for a total of **$ 78.00**.

I declare under penalty of perjury that this information is true.

Date:   06/22/2026

_____
*Server's signature*

**Sierra Fredianelli**
*Printed name and title*

**Physical address in Notes**
**Belmont, CA 94002**

_____
*Server's address*

Additional information regarding attempted service, etc:

**6/19/2026 1:46 PM: I was unable to access the address due to secured building.  Closed for the holiday.**
**6/20/2026 2:42 PM: I was unable to access the address due to secured building.  Closed for the weekend.**
**6/22/2026 5:05 PM: I spoke with an individual who identified themselves as the lobby attendant.  White, female, red hair, 5'9", 175, 50, brown eyes claims that she and or anyone on the premises is not authorized to accept at this location.  Claims there is no forwarding information as to were legal papers are accepted by the company.**





Tracking #: **0229111211**