UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAJJAD NASIR,

                   Plaintiff,

    v.

CHINA UNICOM et al.,

                   Defendants.

CASE NO. 2:26-cv-01853-LK

ORDER OF DISMISSAL

This matter comes before the Court sua sponte. Having reviewed the complaint, the record, and the applicable law, the Court dismisses Plaintiff Sajjad Nasir's complaint without prejudice for failure to state a claim.

## I.    BACKGROUND

Nasir filed this matter on May 26, 2026, Dkt. No. 1, and subsequently paid the filing fee, *see* June 9, 2026 Docket Entry. His complaint asserts that the Court has jurisdiction under 18 U.S.C. § 1595, which provides a civil remedy to victims of forced labor and trafficking. Dkt. No. 3 at 3. Nasir alleges that "[b]etween September 30, 2024, and March 17, 2025, Defendants Equinix Inc., National Australia Bank (NAB), and Australian Super . . . trafficked [him] through a

ORDER OF DISMISSAL - 1