Appealing  Only : # 19 Dated 06/25/2026      ORDER OF DISMISSAL. The Court DISMISSES
Nasir's **complaint**

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Sajjad Nasir (Plaintiff) |

Name(s) of counsel (if any):

| |
|---|
| Pro Se |

Address:  U29 30-44 Railway terrace Granville 2142

Telephone number(s):  +61404261955

Email(s):  sajjadqut01@outlook.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ⊙ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| 1. China Unicom |

Name(s) of counsel (if any):

| |
|---|
| Service could not be completed because the Clerk's Office repeatedly refused to authorize the Hague Service Convention request required for service on the Chief Secretary for Administration, Hong Kong SAR, China. |

Address:  Room 321, 3/F, East Wing  Central Government Offices  2 Tim Mei Av

Telephone number(s):

Email(s):  ansonchan@cso.gov.hk

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                              *1*                                      *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

2. National Australian Bank 3. Australian Superannuation Fund 4. GIO 5. Dr Asish Diwan 6. Synergy Radiology

Name(s) of counsel (if any):

Private International and Commercial Law Section, Attorney-General's Department

Address: -5 National Circuit, BARTON ACT 2600, Australia

Telephone number(s):

Email(s): pil@ag.gov.au

Name(s) of party/parties:

7. Equinix Inc.

Name(s) of counsel (if any):

Defendants refused service three times from Process Forwarding International PFI (ABC Legal) -  Kurt Pletcher  Chief Legal Officer

Address: One Lagoon Drive, 4th Floor, Redwood City, CA 94065-1562United Sta

Telephone number(s): (650) 598-6000

Email(s): NAlawenforcement@equinix.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*