APPEAL,JURYDEMAND

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:26-cv-01853-LK

| | |
|---|---|
| Nasir v. China Unicom et al | Date Filed: 05/26/2026 |
| Assigned to: Judge Lauren King | Jury Demand: Plaintiff |
| Cause: 18:1595 Civil Remedies: Sex trafficking of children or TVPRA | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Sajjad Nasir**                    represented by    **Sajjad Nasir**
**E-filing/Service**
U29 30-44 RAILWAY TERRACE
GRANVILLE 2142
AUSTRALIA
61-404-261-955
Email: sajjadqut01@outlook.com
PRO SE

V.

**Defendant**

**China Unicom**
*Industrial Complex*
*other*
NON-SDN Chinese Military

**Defendant**

**Equinix Inc**
*Digital Infrastructure Corporation*

**Defendant**

**National Australia Bank**
*Financial Banking Institution*
*other*
NAB

**Defendant**

**AustralianSuper Pty Ltd**
*Financial Entity*
*other*
Superannuation Trust

**Defendant**

**GIO Insurance**
*Financial Entity*
*other*
Superannuation Trust

**Defendant**

| | | documents-1. Complaint)(Nasir, Sajjad) (Entered: 06/12/2026) |
|---|---|---|
| 06/13/2026 | 9 | PRAECIPE TO ISSUE SUMMONS re 3 Complaint *2:26-cv-01853-LK Nasir v. China Unicom et al* by Plaintiff Sajjad Nasir (Nasir, Sajjad) (Entered: 06/13/2026) |
| 06/13/2026 | 10 | PRAECIPE TO ISSUE SUMMONS re 3 Complaint *2:26-cv-01853-LK Nasir v. China Unicom et al* by Plaintiff Sajjad Nasir (Nasir, Sajjad) (Entered: 06/13/2026) |
| 06/15/2026 | 11 | MOTION to Transfer Case *2:26-cv-01853-LK Nasir v. China Unicom et al*, filed by Plaintiff Sajjad Nasir. Noting Date 6/16/2026, (Nasir, Sajjad) (Entered: 06/15/2026) |
| 06/16/2026 | 12 | Summons(es) Electronically Issued as to defendant(s) AustralianSuper Pty Ltd, China Unicom, Asish Diwan, Equinix Inc, GIO Insurance, National Australia Bank, Synergy Radiology. (APH) (Entered: 06/16/2026) |
| 06/16/2026 | 13 | EXHIBIT *Supporting* re 7 MOTION to Appoint Counsel by Plaintiff Sajjad Nasir (Nasir, Sajjad) (Entered: 06/16/2026) |
| 06/24/2026 | 14 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Synergy Radiology on 6/23/2026 (Attachments: # 1 Exhibit Proof of completed service and acknowledgment of receipt via Australia Post for Defendants Dr. Ashish Diwan and Synergy Radiology)(Nasir, Sajjad) (Entered: 06/24/2026) |
| 06/24/2026 | 15 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Synergy Radiology (Attachments: # 1 Exhibit SERVICE OF SUMMONS and Complaint returned executed upon defendant Synergy Radiology. Proof of delivery and acknowledgment of receipt via Australia Post attached.)(Nasir, Sajjad) (Entered: 06/24/2026) |
| 06/24/2026 | 16 | SERVICE OF SUMMONS and Complaint returned executed upon defendant GIO Insurance on 6/25/2026 *Form 131-* (Attachments: # 1 Exhibit SERVICE OF SUMMONS and Complaint returned executed upon defendant GIO Insurance) (Nasir, Sajjad) (Entered: 06/24/2026) |
| 06/25/2026 | 17 | SERVICE OF SUMMONS and Complaint returned executed upon defendant AustralianSuper Pty Ltd on 6/25/2026 *Certificate Of Service and* (Attachments: # 1 Exhibit SERVICE OF SUMMONS and Complaint returned executed upon defendant Australian Superannuation Fund Ltd)(Nasir, Sajjad) (Entered: 06/25/2026) |
| 06/25/2026 | 18 | SERVICE OF SUMMONS and Complaint returned executed upon defendant Asish Diwan on 6/25/2026 *The proof of service as* (Attachments: # 1 Exhibit SERVICE OF SUMMONS and Complaint returned executed upon defendant Dr Ashish Diwan)(Nasir, Sajjad) (Entered: 06/25/2026) |
| 06/25/2026 | 19 | ORDER OF DISMISSAL. The Court DISMISSES Nasir's complaint, Dkt. No. 3 , without prejudice, |
| 06/25/2026 | 20 | NOTICE of Withdrawal of Pending Motion to Transfer Venue ~~NOTICE OF APPEAL to Ninth Circuit re 19 Order on Motion to Appoint Counsel, Order on Motion to Transfer Case by Plaintiff Sajjad Nasir. Appeal fee not paid- In Forma Pauperis pending in District Court. (cc: USCA)~~ (Nasir, Sajjad) Modified on 6/26/2026 correct title of document to match the filing (CDA). (Entered: 06/25/2026) |
| 06/25/2026 | 21 | NOTICE of Withdrawal of Pending Motion to Transfer Venue ~~AMENDED Notice of Appeal (20) as to 20 Notice of Appeal by Plaintiff Sajjad Nasir. (cc: USCA)~~ |