AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington ▼

| | |
|---|---|
| Sajjad Nasir <br><br><br> *Plaintiff(s)* <br> v. <br> 1. China Unicom 2. Equinix Inc 3. National Australian Bank 4. Australian Superannuation Fund 5. GIO Insurance 6. Dr Asish Diwan 7. Synergy Radiology <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:26-cv-01853-LK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  National Australian Bank

L15/395 Bourke Street,
Melbourne VIC 3000
Australia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Parcel Locker 10142 53196
12 Memorial Avenue
MERRYLANDS NSW 2160
Australia

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/16/2026 _____

_____
*Signature of Clerk or Deputy Clerk*