AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Washington ▾

| | | |
|---|---|---|
| Sajjad Nasir | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:26-cv-01853-LK |
| 1. China Unicom 2. Equinix Inc 3. National Australian Bank 4. Australian Superannuation Fund 5. GIO Insurance 6. Dr Asish Diwan 7. Synergy Radiology | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  National Australian Bank

L15/395 Bourke Street,
Melbourne VIC 3000
Australia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Parcel Locker 10142 53196
12 Memorial Avenue
MERRYLANDS NSW 2160
Australia

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    6/16/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   The Proper Officer , National Australia Bank Ltd

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Unfortunately, the second service attempt was also intercepted by Defendants China Unicom and National Australia Bank, who diverted the delivery to a fabricated P.O. Box address in order to evade service.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   06/30/2026 _____

_____
*Server's signature*

SajjadNasir(Plaintiff)
_____
*Printed name and title*

U 29 30-44 railway Terrace Granville 2142

_____
*Server's address*

Additional information regarding attempted service, etc:

A second service attempt was made in accordance with local service rules at the statutory address for National Australia Bank: The Proper Officer, National Australia Bank Ltd, Level 28, 395 Bourke Street, Melbourne VIC 3000. Defendants intercepted the delivery and redirected it to a fictitious P.O. Box address, thereby evading service.

 **MyPost Business**

N **sajjad**
Nxt-bridge

Dashboard

Orders

Pickups

Transactions

Tracking

Send & save

Packaging

# Order summary

**Create return label**

**Delivery status**

🟢 **Delivered**

| Part of transaction | Delivering to | Sending from |
|---|---|---|
| AP524783895 processed on 24/06/2026 at 5:35 am | The Proper Officer | Sajjad Nasir |
| | National Australia Bank Ltd | Nasir Sajjad |
| | Level 28 | U 29 |
| | 395 Bourke Street | 30-44 RAILWAY TCE |
| | Melbourne VIC 3000 | GRANVILLE NSW 2142 |

**Recipient details**

| Email | Phone number |
|---|---|
| notices@nab.com.au | 1800 966 100 |

**Optional information**

| Delivery instructions | Additional label information | Shipment cost |
|---|---|---|
| Not provided | Serving legal notices - 2:26-cv-01853-LK | Total **$12.65** Inc. GST $1.15 |

**Hide order details** ⌃

## Parcel summary

| Tracking number | Parcel description |
|---|---|
| 9972138606160100455200 | Printed Papers |

| Status | Time and date | Location |
|---|---|---|
| 🟢 **Delivered** Delivered to post office box | Mon, 29 June, 6:01 am | MELBOURNE VIC |

Note: Time shown is the local time (at the location shown) when your item was scanned.

| Delivery options | Dimensions | Total |
|---|---|---|
| Parcel Post | **L** 30cm  **W** 30cm  **H** 2cm | **$12.65** |
| ✓ Signature required for delivery | **Weight** | Inc. GST $1.15 |
| ✕ Contains dangerous goods | 0.01kg | |
| ✕ Extra cover | | |

**Hide parcel details** ⌃

Services

Address book

Settings

Help & support

