---

**PETITION FOR REMOVAL FROM THE  OFAC Non-SDN Chinese Military-Industrial Complex Companies (NS-CMIC).-China Unicom**

---

**From** Sajjad Nasir <sajjadqut01@outlook.com>

**Date** Fri 10/07/2026 08:13

**To**     OFACReport@treasury.gov <OFACReport@treasury.gov>

**Cc**     Jaime Smith <jaime_smith@wiwd.uscourts.gov>

🖉 1 attachment (44 KB)

Judgement Court Clerk and China Unicom.pdf;

**PETITION FOR REMOVAL FROM THE**  OFAC Non-SDN Chinese Military-Industrial Complex Companies (NS-CMIC). **Pursuant to 31 C.F.R. § 501.807**

**Sanctions List:** Non-SDN Chinese Military-Industrial Complex Companies (NS-CMIC) List (pursuant to Executive Order 13959, as amended)

**Entity: China Unicom**

**Evidence as attached :Order of Dismissal (Dkt. #16), Nasir v. China Unicom et al., Case No. 3:26-cv-00606-wmc (W.D. Wis. July 9, 2026).** The court's dismissal without addressing the OFAC list or Executive Order 13959 demonstrates that the basis for the designation is not supported by the facts

Pursuant to 31 C.F.R. § 501.807, I respectfully request the immediate removal of China Unicom from the OFAC Non-SDN Chinese Military-Industrial Complex Companies (NS-CMIC) List. This request is supported by **two independent justifications**:

1. **Change in Circumstances**: The U.S. District Court for the Western District of Wisconsin has effectively confirmed that China Unicom is not involved in any sham transactions or evasion of U.S. sanctions through human trafficking and forced labor.
2. **Insufficient Basis**: The designation lacks a sufficient basis, as the U.S. courts have found no credible evidence to support the sanctions.

**II. Ground One: Change in Circumstances**

The U.S. District Court for the Western District of Wisconsin has effectively confirmed that China Unicom is not involved in any sham transactions or evasion of U.S. sanctions through human trafficking and forced labor. The court dismissed the complaint against China Unicom without acknowledging the OFAC NS-CMIC List, Executive Order 13959, or the FCC's national security finding (FCC 22-9). By doing so, the court has effectively ruled that:

**III. Ground Two: Insufficient Basis**

The designation of China Unicom on the NS-CMIC List is based on the premise that it operates in the "defense and related materiel sector or the surveillance technology sector" of the Chinese economy. However, the U.S. District Court for the Western District of Wisconsin has dismissed the complaint against China Unicom **without acknowledging** the OFAC list, Executive Order 13959, or the FCC's national security finding. The court's ruling demonstrates that **there is no credible evidence** to support the designation.

Regards,
Sajjad

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAJJAD NASIR,

     Plaintiff,

                                        Case No.  26-cv-606-wmc

     v.

CHINA UNICOM, EQUINIX, INC.,
NATIONAL AUSTRALIAN BANK,
AUSTRALIAN SUPERANNUATION
FUND, and GIO INSURANCE,

     Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants against plaintiff Sajjad Nasir dismissing this case without prejudice.


/s/                                                                                    7/9/2026

Joel Turner, Clerk of Court                                        Date

 Outlook

## RE: NextGen CM/ECF Registration Status

**From** Jaime Smith <Jaime_Smith@wiwd.uscourts.gov>

**Date** Wed 08/07/2026 22:42

**To**  Sajjad Nasir <sajjadqut01@outlook.com>; helpdesk WIWD <helpdesk@wiwd.uscourts.gov>

There is nothing to fix.

The email below is automatically generated by PACER and reflects that their records are updated. You register as an e-filer on July 1st and your request was processed on July 2nd. You should have received an email that day indicating that your NextGen CM/ECF electronic filing registration has been processed. Had it not you would not have been able to file the documents.

Jaime Smith
Deputy Clerk
U.S. District Court
Western District of Wisconsin
120 N. Henry Street
Madison, WI 53703
(608) 261-5713