Outlook

**Re: Clarification Regarding Defective Hague Service Request – U.S. District Court Self Filing & Fabricated Orders**

**From** Sajjad Nasir <sajjadqut01@outlook.com>

**Date** Thu 30/07/2026 05:22

**To** WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>; CSO Enquiry/CSO <cso@cso.gov.hk>

**Cc** CA07 CMECFMail <CA07_CMECFMail@ca7.uscourts.gov>; USCA7 Clerk <USCA7_Clerk@ca7.uscourts.gov>; Jaime Smith <Jaime_Smith@wiwd.uscourts.gov>; Choi, Sun H - OALJ <choi.sun.h@dol.gov>; WIWDdb_financial <financial@wiwd.uscourts.gov>; Questions CA09Operation <questions@ca9.uscourts.gov>

Dear SAR China,

I refer to your recent correspondence regarding the defective foreign service request under the Hague Convention. The deficiencies in the service request arose because the United States court did not issue the complete summonses or the required Hague Convention authorizations, which prevented proper transmission of the documents abroad.

Additionally, the court has repeatedly generated or docketed filings that were not submitted by me, resulting in orders that do not reflect the actual record. One such filing was created and entered by the Clerk's Office of the U.S. District Court for the Western District of Washington, which led to an incorrect "stricken" order being issued against me. The United States courts are actively protecting and shielding the alleged offender of human trafficking and forced labor for securities fraud Equinix Inc.

This amended complaint was self filed by the US District Court for Western Washington in order to protect and shield the principal offender Equinix Inc.

| 07/28/2026 | 51 ☐ | AMENDED COMPLAINT against defendant(s) China Unicom, Equinix Inc, GIO Insurance, National Australia Bank with JURY DEMAND filed by Sajjad Nasir. |
|---|---|---|
| | | The Minute Order consolidating cases entered in member case 3:26-cv-05809-LK, Dkt. No. 5, instructed Proposed Complaint from member case to be filed as an Amended Complaint in this lead case.(CJS)(cc: NEF to Plaintiff via USPS) (Main Document 51 replaced on 7/28/2026 with corrected pdf) (CJS). Modified on 7/28/2026 to strike through cc: as Plaintiff receives electronic notice. NEF regenerated (CJS). (Entered: 07/28/2026) |

Thank you ,
Sajjad

---

**From:** Sajjad Nasir <sajjadqut01@outlook.com>
**Sent:** Thursday, July 30, 2026 05:06
**To:** WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>
**Cc:** CA07 CMECFMail <CA07_CMECFMail@ca7.uscourts.gov>; USCA7 Clerk <USCA7_Clerk@ca7.uscourts.gov>; Jaime Smith <Jaime_Smith@wiwd.uscourts.gov>; Choi, Sun H - OALJ <choi.sun.h@dol.gov>; WIWDdb_financial <financial@wiwd.uscourts.gov>; WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>
**Subject:** Re: 26-2462 Sajjad Nasir, I v. China Unicom, et al "Jurisdictional Order filed"

This is not my filing .Why are you self filing ?

---

**From:** WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>
**Sent:** Thursday, July 30, 2026 02:19
**To:** Sajjad Nasir <sajjadqut01@outlook.com>; WIWDdb_financial <financial@wiwd.uscourts.gov>
**Cc:** CA07 CMECFMail <CA07_CMECFMail@ca7.uscourts.gov>; USCA7 Clerk <USCA7_Clerk@ca7.uscourts.gov>; Jaime Smith <Jaime_Smith@wiwd.uscourts.gov>
**Subject:** RE: 26-2462 Sajjad Nasir, I v. China Unicom, et al "Jurisdictional Order filed"

Mr. Nasir,

A refund of fees is not possible, as no filing fee was paid or received by this court for case 3:26-cv-5809-JLR.

You submitted an application to proceed In Forma Pauperis on 7/20/2026 and notice of deficiency was mailed to you on 7/21/2026 (copy of same attached as a courtesy).

Please note that this case has been administratively combined with your previous case per Minute Order of Judge Lauren King. (below)

| 07/28/2026 | 🌐 5 | MINUTE ORDER (text only) authorized by Judge Lauren King. The Court consolidates this action with Nasir v. China Unicom et al., 2:26-cv-01853-LK ("Nasir I"). Fed. R Clerk is directed to file the proposed complaint in this matter as an amended complaint in Nasir I with a docket notation that the two cases are being consolidated, and to clo (cc: Plaintiff via USPS) (Entered: 07/28/2026) |
|---|---|---|

Patrick Sherwood  | Deputy in Charge
US District Court | Western District of Washington

---

**From:** Sajjad Nasir <sajjadqut01@outlook.com>
**Sent:** Wednesday, July 29, 2026 5:30 AM
**To:** WIWDdb_financial <financial@wiwd.uscourts.gov>; WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>
**Cc:** CA07 CMECFMail <CA07_CMECFMail@ca7.uscourts.gov>; USCA7 Clerk <USCA7_Clerk@ca7.uscourts.gov>; Jaime Smith <Jaime_Smith@wiwd.uscourts.gov>
**Subject:** Re: 26-2462 Sajjad Nasir, I v. China Unicom, et al "Jurisdictional Order filed"

**CAUTION - EXTERNAL:**

Hello Tacoma Office WDWD,

Is it possible to request refund to be made to the WDWD with regards to the filing fee for CASE NO. 3:26-cv-5809-JLR.

WDWD CASE NO. 3:26-cv-5809-JLR was refiled due to United States courts shielding the alleged offender and mastermind of human trafficking and forced labor Equinix Inc.

The filing fee was requested from the WIWD due to withdrawal of court notice Case 3:26-cv-00606-wmc , as United States courts shielding the alleged offender and mastermind of human trafficking and forced labor Equinix Inc.

Thank you ,
Sajjad

---

**From:** Sajjad Nasir <sajjadqut01@outlook.com>
**Sent:** Wednesday, July 29, 2026 20:15
**To:** financial@wiwd.uscourts.gov <financial@wiwd.uscourts.gov>
**Cc:** ca07_cmecfmail@ca7.uscourts.gov <ca07_cmecfmail@ca7.uscourts.gov>; USCA7 Clerk <usca7_clerk@ca7.uscourts.gov>; Jaime Smith <jaime_smith@wiwd.uscourts.gov>
**Subject:** Re: 26-2462 Sajjad Nasir, I v. China Unicom, et al "Jurisdictional Order filed"

Hello ,

United States courts in order to protect and shield the alleged offender and mastermind of human trafficking and forced labor Equinix Inc are actively self-filing various appeals to justify fabricated orders and at the same time persistent spreading [persistent false propaganda about Chinese .The blow appeal was filed by this staff of the court . (jaime_smith@wiwd.uscourts.gov)

I requested  withdrew my notice of appeal soon after filing  and requested a refund .Please update regarding the refund status .

Thank you ,
Sakjad

---

**From:** CA07_CMECFMail@ca7.uscourts.gov <CA07_CMECFMail@ca7.uscourts.gov>
**Sent:** 15 July 2026 03:08
**To:** sajjadqut01@outlook.com <sajjadqut01@outlook.com>
**Subject:** 26-2462 Sajjad Nasir, I v. China Unicom, et al "Jurisdictional Order filed"


**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Seventh Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 07/14/2026 at 12:06:24 PM Central Daylight Time and filed on 07/14/2026

| | |
|---|---|
| **Case Name:** | Sajjad Nasir, I v. China Unicom, et al |
| **Case Number:** | 26-2462 |
| **Document(s):** | Document(s) |

**Docket Text:**
ORDER: Appellant shall file, on or before July 28, 2026, a brief memorandum stating why these appeals should not be dismissed as unnecessary. A motion for voluntary dismissal under Rule 42(b) of the Federal Rules of Appellate Procedure will satisfy this requirement. Briefing is SUSPENDED pending further court order. (See order for further details) JXK [7539741][4] [4] [7539741] [26-2462, 26-2463] (PS)

**Notice will be electronically mailed to:**

Mr. Sajjad Nasir, I


The following document(s) are associated with this transaction:
**Document Description:** Order
**Original Filename:** /opt/ACECF/live/forms/262462_c7_Order_BTC_7539741.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105395651 [Date=07/14/2026] [FileNumber=7539741-0]
[3cff2f78a5164c863495bb5490062d8a499914b677387a1d920369b24eb9eebc78ca90d69dea2915b1344a648ad01fc0cdda05d30d36fc180af921a5277949d5]]
**Recipients:**

- Mr. Sajjad Nasir, I

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.