Motion To Issue Summons

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAJJAD NASIR

Plaintiff(s),

1. EQUINIX INC.
2. NATIONAL AUSTRALIA BANK
3. CHINA UNICOM

Defendant(s).

CASE NO. 26-cv-01853-LK

**Federal Rules of Civil Procedure Rule 4(b) Issuance of Summons**

Jury Trial ☒: Yes  ☐ No

**I.**    *Issue authorization for service abroad under Rules Rule 4(f)(2)(A*

The clerk offices within the U.S. District Court for the Western District of Washington allegedly accepted improper payments from *Equinix Inc.* in exchange for obstructing the issuance authorization for service abroad pursuant to Federal Rules of Civil Procedure  Rule  4(b) Issuance of Summons read with Rule 4(f)(2)(A) to shield Equinix Inc (principal accused ) alleged offences of forced labor and human trafficking. As per the communication received from the Chief Secretary for Administrations Office Hong KONG SAR China the clerk issued service does not comply with the Hague Convention for service abroad.

Date of signing: 🖉    07/24/2026

Signature of Plaintiff

Printed Name of Plaintiff    Sajjad Nasir



香港特別行政區政府
政務司司長辦公室轄下行政署

中 華 人 民 共 和 國
香 港 添 馬 添 美 道 2 號

本函檔號 Our Ref.:    AW-450-015-010-015-012-999

來函檔號 Your Ref.:

The Government of
The Hong Kong Special Administrative Region
Administration Wing,
Chief Secretary for Administration's Office

2 Tim Mei Avenue, Tamar, Hong Kong
**People's Republic of China**

Room 321, 3/F., East Wing
Central Government Offices
Tel: (852) 2810 3969
Fax: (852) 2842 8897

**By Registered Mail**

29 June 2026

Sajjad Nasir
U29 30-44 Railway Terrace
Granville
NSW, 2142
Australia

Dear Sir/Madam,

**Convention on the Service Abroad of Judicial and Extrajudicial Documents
in Civil or Commercial Matters signed at the Hague on 15 November 1965**

**China Unicom**

With reference to your two requests for service of judicial documents on the above party, we regret that we are unable to accede to them because of the following reasons:

(i) the request is not forwarded to us by a competent forwarding authority. For information on competent forwarding authorities in Australia, please refer to the Convention's website at https://www.hcch.net/en/states/authorities/details3/?aid=878. If you are indeed a competent forwarding authority under Article 3 of the Convention, please provide us with the relevant information setting out your competence for our information. Kindly also be reminded that the name and address of the applicant (i.e. the forwarding authority) should be entered in the corresponding column on page 1 of the request form;

(ii) you may wish to note that the jurisdiction of the High Court of Hong Kong Special Administrative Region of the People's Republic of China in effecting service of process from a jurisdiction outside Hong Kong SAR, China is limited to such relating to <u>civil or commercial proceedings</u> in a court or tribunal of a country or place outside Hong Kong. Having preliminarily reviewed your request, the basis for jurisdiction at issue in the case concerns 18 U.S. Code (Crimes and Criminal Procedure). Therefore, the case appears to be criminal in nature and may fall outside the applicable scope of the Convention as afore-explained. Please advise us otherwise on the nature of the matters involved in your request should you wish us to consider it further;

(iii) the request form and documents to be served are not furnished in duplicate in accordance with Article 3 of the Convention. Please furnish a duplicate copy; and

- 2 -

(iv) references to "Hong Kong" are listed on an equal basis with references to a sovereign state, viz. "Australia" in the request form and/or documents for service (see examples flagged). Please amend "Hong Kong" therein to "Hong Kong SAR, China", which stands for the Hong Kong Special Administrative Region of the People's Republic of China, before sending the request to us again. Kindly be reminded that such amendments to the request should be **typewritten** but not handwritten. If you deem typewritten amendments impossible, please provide us with a cover letter to explain so, and to confirm and stipulate in details such necessary and appropriate amendments which could not be typewritten to the original for our consideration.

I hereby return all the documents for your action as appropriate, please.

Yours faithfully,

(Anson CHAN)
for Chief Secretary for Administration

Encl.

## REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR
## EXTRAJUDICIAL DOCUMENTS
### DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant<br>**Sajjad Nasir**<br>Parcel Locker 10142 53196 12 Memorial Avenue<br>MERRYLANDS NSW 2160 , Australia | Address of receiving authority<br>Adresse de l'autorité destinataire<br>Chief Secretary for Administration of HKSAR<br>Government (Attn: Mr Anson CHAN)<br>Room 321. 3/F. East Wing .Central Government Offices .<br>2 Tim Mei Avenue. Admiralty, Hong Kong SAR, China |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée. d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)

China Unicom

75th Floor, The Center,
99 Queen's Road Central, Hong Kong SAR, China

| | | |
|---|---|---|
| ☐ X | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre a)\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\***<br>le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

1. CERTIFICATE ATTESTATION
2. Summons
3. Complaint

\* if appropriate / s'il y a lieu

| **Done at** / Fait à _Sydney, Australia_<br><br>**The** / le _13 June 2026_<br><br>Sydney, Australia    13 June 2026 | **Signature and/or stamp**<br>Signature et / ou cachet |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Washington  ▼

| | |
|---|---|
| Sajjad Nasir <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> 1. China Unicom 2. Equinix Inc 3. National Australian Bank 4. Australian Superannuation Fund 5. GIO Insurance 6. Dr Asish Diwan 7. Synergy Radiology <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:26-cv-01853-LK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    China Unicom

75th Floor, The Center,
99  Queen's Road Central,
Hong Kong SAR , China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Parcel Locker 10142 53196
12 Memorial Avenue
MERRYLANDS NSW 2160
Australia

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    6/16/2026    _____
Alejandro Pasaye Hernandez
*Signature of Clerk or Deputy Clerk*