Pro Se Civil Complaint

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAJJAD NASIR

Plaintiff(s),

1. EQUINIX INC.
2. NATIONAL AUSTRALIA BANK
3. CHINA UNICOM

Defendant(s).

CASE NO.  26-cv-01853-LK .

Motion to File Under seal

Jury Trial ⊠: Yes   ☐ No

## I.    *Motion to File Under seal*

**Plaintiff requests to file under seal because every prior filing has resulted in immediate retaliation and obstruction by the <u>Australian Attorney General's Office</u> and principal defendant Equinix Inc. The defendants have demonstrated a pattern of maintaining contact with the court without ever filing a notice of appearance, while inducing coordinated corrupt conduct. Sealing is necessary to prevent further obstruction and to preserve the court's ability to adjudicate this matter without foreign interference.**

*18 U.S.C. § 1595 CIVIL REMEDY*

Pro Se Civil Complaint

# CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.  I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ▢    07/24/2026

Signature of Plaintiff

Printed Name of Plaintiff        Sajjad Nasir

*18 U.S.C. § 1595 CIVIL REMEDY - 23*