UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAJJAD NASIR

Plaintiff(s),

1. EQUINIX INC.
2. NATIONAL AUSTRALIA BANK
3. CHINA UNICOM

Defendant(s).

CASE NO. 2:26-cv-01853-LK

Motion -Restraning Order

Jury Trial ☒: Yes ☐ No

## I. *Motion -Resetraning Order*

**Plaintiff requests that this Court enter a Temporary Restraining Order:**

**1.** **B**arring Defendants Equinix Inc. and National Australia Bank from communicating with the Court through the Australian Attorney General's Office without filing a formal notice of appearance.

2. Barring the **Australian Attorney General's Office,** its officers, agents, and any persons acting in concert with it, from directly or indirectly contacting, communicating with, or attempting to influence any officer, clerk, or employee of the United States District Courts or the Ninth Circuit regarding this case (Case No. 2:26-cv-02685-TL) or any related proceedings, including but not limited to:

a) Inducing corrupt conduct or bribery;

b) Causing misrepresentation of any filing or court record;

c) Falsifying or fabricating any court record or any record;

d) Conspiring or organizing retaliation, weaponization of the legal process, or obstruction of access to the courts.

e) Oragnizing and conspiring Obstructing or interfering with the administration of justice

## CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/24/2026

Signature of Plaintiff

Printed Name of Plaintiff Sajjad Nasir