# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| SAJJAD NASIR,<br><br>                Plaintiff,<br>  v.<br><br>CHINA UNICOM et al.,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:26-cv-01853-LK |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT judgment is granted in favor of Defendants and against Plaintiff for the reasons stated in the Court's August 10, 2026 Order, Dkt. No. 62.

     Dated August 11, 2026.

                             Joshua C. Lewis
                             Clerk of Court

                             */s/Natalie Wood*
                             Deputy Clerk