Outlook

## Re: US Ditrsict Court of QWasigton Clerk Office Fabricating Court Documents

**From** Sajjad Nasir <sajjadqut01@outlook.com>
**Date** Thu 13/08/2026 03:43
**To** Singapore Courts <info@mail.form.gov.sg>
**Cc** Help Human Trafficking Hotline. <help@humantraffickinghotline.org>; WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>; LaborOIGinfo@oig.dol.gov <laboroiginfo@oig.dol.gov>; WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>; contact@LaborAdvocates.com <contact@laboradvocates.com>; Criminal.Division@usdoj.gov <criminal.division@usdoj.gov>; Questions CA09Operation <questions@ca9.uscourts.gov>; USCA7 Clerk <usca7_clerk@ca7.uscourts.gov>; OSHA-SFO-WB <osha-sfo-wb@dol.gov>

United States District Court of western Washington receives corrupt money from Equinix Inc and aid with human trafficking and forced labor by fabricating court documents .

---

**From:** Sajjad Nasir <sajjadqut01@outlook.com>
**Sent:** Thursday, August 13, 2026 03:37
**To:** Singapore Courts <info@mail.form.gov.sg>
**Cc:** Help Human Trafficking Hotline. <help@humantraffickinghotline.org>; WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>; WAWDdb_NewCasesTac <newcases.tacoma@wawd.uscourts.gov>
**Subject:** US Ditrsict Court of QWasigton Clerk Office Fabricating Court Documents

Dear  Administrator  Office Hong Kong SAR China / ASF Singapore / SEC Japan / SEC China ,

The United States Court of western Washington is extremely fraudulent and received corrupt money from principal accused Equinix Inc to fabricate court record instead if autosensing the proper summon under Hague Convention .

The United States court are inclined in human trafficking and forced labor itself .

Thank you ,
Sajjad