UNITED STATES DISTRICT COURTWESTERN DISTRICT OF WASHINGTON

SAJJAD NASIR

Plaintiff(s),

v.

1. China Unicom et al

Defendant(s).

CASE NO. 2:26-cv-01853-LK

**MOTION -**

Jury Trial ☒: Yes ☐ No

**1.**

**Joel W. Turner, Clerk of Court , Court of Appeal US Seventh Circuit**

**I.** The Plaintiff wish that Joel W. Turner, Clerk of Court for seventh circuit court of appeal of United States to ***<u>die with the epilepsy or AIDS as soon as possibl</u>***e so he is unable to further defraud applicants filing fees.

## II. APPENDIX

Receipt of payment that Joel W. Turner, Clerk of Court defrauded.

.

## III. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ￼ 08/24/2026

Signature of Plaintiff

Printed Name of Plaintiff Sajjad Nasir

**Pay.gov Payment Confirmation: Wisconsin Western District (WIWD)-Court Fees**

**From** notification@pay.gov <notification@pay.gov>
**Date** Fri 10/07/2026 02:01
**To** sajjadqut01@outlook.com <sajjadqut01@outlook.com>

An official email of the United States government

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Clerks Office at 608-264-5156 or wiwd_ecfhelp@wiwd.uscourts.gov.

Application Name: Wisconsin Western District (WIWD)-Court Fees
Pay.gov Tracking ID: 2840BO2G
Agency Tracking ID: 77444273516
Transaction Type: Sale
Transaction Date: 07/09/2026 12:01:02 PM EDT
Account Holder Name: Sajjad Nasir
Transaction Amount: $605.00
Card Type: Visa
Card Number: ************5838

Requestor Name: Sajjad Nasir
Requestor Address: U 29 30-44 Railway Tce, GRANVILLE, 2142, AUS
Requestor Phone and Email: (040) 426-1955, sajjadqut01@outlook.com
Case# and Case Title: 3:26-cv-00606-wmc, Nasir, Sajjad v. China Unicom et al CASE CLOSED on 07/09/2026
Additional info: Appeal Documents 3:26-cv-00606-wmc Nasir, Sajjad v. China Unicom et al CASE CLOSED on 07/09/2026 CLOSED,PAID,PRO_SE If you are paying by Pay.gov, please leave the receipt number field blank. Fee: $605
Filing Fee: 7C Appeal
Copy Printing Fee: : 0
File Retrival Quantity: - 0
Misc Fee:
Attorney Admission Fee:
Other Fee:
Delivery Method: Send items to Requestor email address

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service